No. 75–6160. DAVIS v. POLICE DEPARTMENT, CITY OF YOUNGSTOWN, OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 75–6165. RAUSER v. LANCASTER COUNTY OF PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 6167. STOUT v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 75–6186. HARRISON v. OKLAHOMA ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 75–6188. LENNON v. CLARK ET UX. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 75–6224. WITHERS v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 74–418. DUBA v. McINTYRE ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 74–987. WEATHERS v. EBERT, COMMONWEALTH ATTORNEY OF PRINCE WILLIAM COUNTY. C. A. 4th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 74–5439. GUERRERO v. BARLOW, DISTRICT ATTORNEY OF BEXAR COUNTY. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 74–6226. HULSTINE v. MOSS, JUDGE, ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.